## Case No. 16,370.

### UNITED STATES v. SQUAUGH.

[1 Cranch, C. C. 174.] [1]

Circuit Court, District of Columbia. July Term, 1804.

INTOXICATING LIQUORS—ILLEGAL SALES.

Selling less than a pint, under a license to sell not less than a pint, is selling without license.

Indictment [against William Squaugh] for selling less than a pint of whiskey.

The defendant produced a license to retail not less than a pint.

Not permitted to be given in evidence. Fined $16 under the act of 1784, c. 37, § 4, and not 600 pounds tobacco under the act of 1780, c. 24, § 11—it being a retailing without a license.